**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 03-2298

JERRY A. HURST,

Plaintiff - Appellant,

versus

TRW, INCORPORATED,

Defendant - Appellee.

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria. Gerald Bruce Lee, District Judge. (CA-02-1479-A)

Submitted: May 26, 2004                    Decided: June 17, 2004

Before WIDENER, WILLIAMS, and SHEDD, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Jerry A. Hurst, Appellant Pro Se. Carson Hobbs Sullivan, MCGUIREWOODS, LLP, McLean, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Jerry A. Hurst appeals the district court's orders awarding summary judgment to Defendant and denying Hurst's requested relief. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Hurst v. TRW, Inc., No. CA-02-1479-A (E.D. Va. Apr. 4, 2003; filed May 22, 2003 & entered May 23, 2003; filed July 28, 2003 & entered July 29, 2003; filed Aug. 18, 2003 & entered Aug. 20, 2003). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED